UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-2076- white

UNITED STATES OF AMERICA

vs.

DENIS MARTINEZ,

     Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to April 1, 1999? ____ Yes  _x_ No
   If yes, was it pending in the Central Region?
   ____ Yes ____ No

2. Did this matter originate from a matter pending in the United States Attorney's Office prior to April 1, 2003? ____ Yes  _x_ No

3. Did this matter originate from a matter pending in the Narcotics Section (Miami) of the United States Attorney's Office prior to May 18, 2003? ____ Yes  _x_ No

4. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes  _x_ No

                                          Respectfully submitted,

                                          R. ALEXANDER ACOSTA
                                          UNITED STATES ATTORNEY

                     BY: _____
                                          NORMAN O. HEMMING, III
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Court ID No. A5500680
                                          99 N. E. 4th Street
                                          Miami, Florida  33132-2111
                                          TEL (305) 961-9209
                                          FAX (305) 530-7976

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

DENIS MARTINEZ

CRIMINAL COMPLAINT

CASE NUMBER: 07-2076-White

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about January 24, 2007, at Miami-Dade County, in the Southern District of Florida, the defendant, DENIS MARTINEZ, did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, live marijuana plants, in violation of Title 21, United States Code, Section 841(a)(1); and the defendant did knowingly and intentionally maintain a place, that is, a residence at 11370 SW 43rd Lane, Miami, Florida, for the purpose of manufacturing and distributing a Schedule I controlled substance, that is live marijuana plants, in violation of Title 21, United States Code, Section 856.

I further state that I am a Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

FRANK DANIELS, SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Sworn to before me, and subscribed in my presence,

January 24, 2007
Date

PATRICK WHITE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Miami, Florida
City and State

Signature of Judicial Officer

## **AFFIDAVIT**

I, FRANK N. DANIELS, being duly sworn, do hereby depose and state the following:

1. I am a Special Agent with the United States Department of Justice, Drug Enforcement Administration (DEA), having been so employed since November 2003. Prior to becoming a Special Agent with the DEA, I served as a police officer in the Cities of Florence and Conway, South Carolina, for a period of approximately six years. I received specialized training in narcotics investigations and identification as well as the laws of search and seizure. I submit this affidavit based on information known to me personally from my investigation, as well as information obtained from other law enforcement officers who have investigated this matter, and other individuals who have personal knowledge of the facts herein. The facts set forth herein do not constitute all the facts involved in this matter, only those that I believe are necessary to support a finding of probable cause.

2. The information in this affidavit is based on my personal knowledge, information provided to me by others, including other law enforcement officials. I am fully aware of the facts and circumstances concerning, and have participated in significant aspects of this investigation.

3. The information contained in this affidavit is submitted for the sole purpose of demonstrating probable cause to arrest Denis MARTINEZ for the violation of Title 21, United States Code, Sections 841(a)(1) and 856. Because this affidavit is being submitted for the limited purpose of demonstrating probable cause it does not contain all of the information known to me and/or other law enforcement officers involved in this investigation.

4. The Affiant received information that there was an indoor hydroponic laboratory located at 11370 SW 43 Lane, Miami, Florida 33165.

5. Based upon this information, on January 24, 2007, at approximately 6:00 a.m., law enforcement officers initiated surveillance on 11370 SW 43 Lane, Miami, Florida 33165 and made several observations from both sides of the property.

6. At approximately 7:25 a.m., Law enforcements officers approached the residence to conduct a "Knock and Talk.

7. Subsequent to approaching the residence, Officers knocked on the front door and were greeted by Denis MARTINEZ who said that he was a resident of the house. During the conversation with MARTINEZ, MARTINEZ provided agents with verbal and written consent to search the house.

8. MARTINEZ then guided law enforcement officers into the room where the marijuana growing operation was located. MARTINEZ explained that there were at least "one hundred marijuana plants" inside the room. Officers located approximately one hundred and forty-one marijuana plants inside the room that were actively cultivating. Officers also located and seized approximately eleven thousand, five-hundred dollars of USC inside the residence.

9. Based on the information set forth above and upon my training and experience, submit that there is probable cause to believe that Denis MARTINEZ, did knowingly and intentionally possess with intent to distribute Marijuana in violation of Title 21, United States Code, Section 841(a)(1), and did maintain a residence used for marijuana cultivation, in violation of Title 21, United States Code, Section 856.

YOUR AFFIANT SAYETH FUTHER NAUGHT.

FRANK N. DANIELS, SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Subscribed and sworn to before
me this 24th day of January, 2007.

HON. PATRICK WHITE
UNITED STATES MAGISTRATE JUDGE



3